STEVEN C. RIDGE, Appellant, v ALICE GOLD et al., Defendants, and JAY BRAYMILLER, Respondent.

Submitted June 15, 2015; decided June 25, 2015

Motion to dismiss appeal denied.

EVELYN RIVERA, as Administratrix of the Estate of WILBUR RODRIGUEZ, Deceased, Appellant, v MONTEFIORE MEDICAL CENTER, Respondent.

Submitted May 4, 2015; decided June 25, 2015

Motion to dismiss appeal denied.

In the Matter of SHEILA ROBINSON, Appellant, v THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Submitted May 18, 2015; decided June 25, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of RODNEY W., Respondent, v JOSEPHINE F., Appellant.

Submitted May 11, 2015; decided June 25, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.